**Daniel Lee SIEBERT, Plaintiff–Appellant,**

v.

**Richard ALLEN, Commissioner, Alabama Department of Corrections, individually and in his official capacity, Grantt Culliver, Warden, Holman Correctional Facility, in his individual and official capacity, Defendants–Appellees.**

No. 07–14956.

United States Court of Appeals, Eleventh Circuit.

Oct. 25, 2007.

Christine A. Freeman and Anne Borelli, Fed. Pub. Defenders, Montgomery, AL, for Siebert.

Before TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on the Petition for Rehearing En Banc filed by the Defendants–Appellees on 25 October 2007, and a majority of the judges of this court in active service (available and not recused) having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The opinion and stay entered by the panel on 24 October 2007 is hereby VACATED. *The en banc Court sua sponte hereby STAYS the execution of the Plaintiff–Appellant pending further en banc consideration of this case.*